# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 580 MAL 2024

Respondent

v.

REN M. CROWDER,

Petitioner

: Petition for Allowance of Appeal
: from the **Unpublished Order** of the
: Superior Court at No. 1867 EDA
: 2023 entered on December 19,
: 2023, **quashing** the Judgment of
: Sentence of the Bucks County Court
: of Common Pleas at Nos. CP-09-
: CR-0001327-2022 and CP-09-CR-
: 0004039-2022 entered on January
: 17, 2023

## ORDER

**PER CURIAM**                                  **Decided: May 28, 2025**

       **AND NOW**, this 28th day of May, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for consideration of Petitioner's *nunc pro tunc* request set forth in his notice of appeal.